John R. Manning
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
E-mail: jmanninglaw@yahoo.com

Attorney for Defendant
DARRON DIMITRI ROSS

UNITED STATES MAGISTRATE COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DARRON DIMITRI ROSS,<br><br>  Defendant. | Case No.: 2:18 CR 266 WBS<br><br>[~~PROPOSED~~] ORDER TO SEAL<br><br>Judge: Hon. Allison Claire |

   IT IS HEREBY ORDERED Defendant's Request to Seal Documents be granted and the noticed documents be filed under seal, permitting Assistant United States Attorney Robert Artuz access to these documents unless otherwise ordered by this Court at a later time.

   IT IS SO ORDERED.

Dated: April 3, 2019                    _____
                                        Hon. Allison Claire
                                        United States Magistrate Court

1