FILED
April 12, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARRON DIMITRI ROSS,

Defendant.

Case No. 2:18-cr-00266-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DARRON DIMITRI ROSS ,

Case No. 2:18-cr-00266-WBS  Charge 18 USC § 371; 18 USC § 641; 18 USC §1028A; 18 USC § 1343; 18 USC § 981(a)(1)(A) and (a)(1)(C) and 28 USC § 2461(c) , from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

X  Bail Posted in the Sum of $ _____

    X  Unsecured Appearance Bond $ 100,000 signed by Daquairi Ross

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    X  Appearance Bond with Surety, equity in mother's house

    \_\_\_\_\_ Corporate Surety Bail Bond

X  (Other): The defendant is ordered released at 9:00 a.m. on Monday, April 15, 2019, to the custody of the United States Marshal Service for transportation to the United States Pretrial Services Dept.

Issued at Sacramento, California on April 12, 2019 at 1:05 pm

By: _____

Magistrate Judge Carolyn K. Delaney