```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON DIMITRI ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18 CR 266 WBS |
| Plaintiff, | ) STIPULATION REGARDING CONTINUING THE |
| vs. | ) STATUS CONFERENCE AND EXCLUDING TIME |
| | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| WILLIS et al., | ) FINDINGS |
| Defendants. | ) Date: August 12, 2019 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Honorable William B. Shubb |

The United States of America through its undersigned counsel, Robert J. Artuz, Assistant United States Attorney, together with counsel for defendant Darron Dimitri Ross, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 24, 2019.

2. By this stipulation the defendant now moves to continue the status conference until August 12, 2019 and to exclude time between June 24, 2019 and August 12, 2019 under the Local Code T-4 (to allow defense counsel further time to prepare). (Defendant Eric Lemoyne Willis has pleaded guilty and is awaiting judgment and sentencing.)

3. The parties agree and stipulate, and request the Court find the following:

a. Counsel for defendant Darron Dimitri Ross was appointed on February 21, 2019. The government provided the defense with 14,259 pages of discovery as well as a flash drive containing a voluminous amount of cell phone and email data. There is, simply put, a substantial amount of discovery in this matter.

b. Counsel for the defendant needs additional time to review the discovery, conduct investigation, and interview potential witnesses.

c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 24, 2019, to August 12, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 20, 2019         /s/ John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Darron Dimitri Ross


Dated: June 20, 2019         McGregor W. Scott
                             United States Attorney

                             by: Robert J. Artuz
                             ROBERT J. ARTUZ
                             Assistant United States Attorney


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED.

Dated: June 21, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE