JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DARRON D. ROSS

FILED
JUN 2 5 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-18-0266 WBS |
| Plaintiff, | UNOPPOSSED REQUEST AND [PROPOSED] ORDER TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE |
| v. | |
| WILLIS ET AL, | |
| Defendant. | |

Mr. Ross has been on pretrial release for approximately 6 weeks without incident. As part of the conditions of his release, Mr. Ross is presently subject to location monitoring. Mr. Ross has been offered a job with Sierra West Limousine Services (SWLS) as a driver. SWLS is owned by Roger Wilson (a former Sacramento County Sheriff Patrol Deputy). Mr. Wilson is generally aware of Mr. Ross' circumstances. That is, Mr. Wilson is aware Mr. Ross is under indictment in this District and that Mr. Ross is on pretrial release.

Mr. Ross' initial assignment is to pick up a car on Wednesday, June 26, 2019 (at approximately 7:30 a.m.) in the Sacramento area and drive to Reno, NV. Mr. Ross would be available the balance of the day on Wednesday and all day on Thursday (6/27/19) to provide rides to SWLS' corporate clients between Reno (NV) and Lake Tahoe, CA. Mr. Ross would

1

have to spend Wednesday night in Reno, NV in order to be available first thing in the morning on Thursday, June 27, 2019). Mr. Ross would spend the night in Reno on Thursday (6/27/19) as he will be working to an indeterminate time. Mr. Ross may have to work Friday as well in the Reno/Lake Tahoe area before returning Friday night. Finally, Mr. Ross would need to return to Lake Tahoe on Sunday June 30, 2019 and transport individuals back and forth between Reno and Lake Tahoe. (As of the drafting of this motion, it is unclear if Mr. Ross will be expected to stay in Reno on Sunday, June 30, 2019.) Pretrial Services has advised if Mr. Ross is away for employment purposes, he will not be monitored as Pretrial Services does not use GPS enabled devices. As such, while Mr. Ross is in the Reno/Tahoe area he will not be monitored electronically.

However, the parties have agreed to a reasonable compromise. Mr. Ross shall be allowed to make the trip(s) on June 26, 2019 (through Friday, June 28, 2019) and on June 30, 2019. When Mr. Ross returns following the June 30, 2019 trip, he shall report to Pretrial Services the following day and submit to testing and provide income verification. If there are no issues, the parties will file a subsequent stipulation and order for the second trip in July.

Dated: June 25, 2019                     Respectfully submitted,

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Darron D. Ross

IT IS SO ORDERED.

Dated: 6/25/2019

Hon. Carolyn K. Delaney
United States Magistrate Court

2