pJOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DARRON D. ROSS

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-18-0266 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNOPPOSED REQUEST AND ORDER TO |
| v. | ) | MODIFY DEFENDANT'S CONDITIONS |
| | ) | OF RELEASE |
| WILLIS ET AL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Mr. Ross has been hired by Sierra West Limousine Service (SWLS) as a limousine driver.  On June 25, 2019, the Honorable Carolyn K. Delaney signed a stipulation modifying Mr. Ross' release conditions (ECF # 59 and 60).  Mr. Ross was given permission to travel out of the District for work (including overnight stays in Lake Tahoe [CA] and/or Reno [NV]).

      Unfortunately, after the stipulation was signed by the court, Mr. Ross was informed he would not be needed on the dates noted in the stipulation.  This change was not due to an issue with Mr. Ross. Rather, Mr. Ross' employer simply over-estimated the number of drivers he would need for that particular period.

      Mr. Ross has confirmed with his employer he (Mr. Ross) will be needed between July 8, 2019 and July 15, 2019.  One of SWLS' clients is Harrah's - the week of July 9 - July 14, 2019 is

the American Century Golf Championship - held at Edgewood Golf Course - which is immediately adjacent to Harrah's Lake Tahoe - making Harrah's the defacto "host" of the tournament. (Pretrial Services has advised if/when Mr. Ross is away for employment purposes, he will not be monitored as Pretrial Services does not use GPS enabled devices. As such, while Mr. Ross is in the Reno/Tahoe area he will/would not be monitored electronically.)

Mr. Ross will pick up a car on Monday, July 8, 2019 (at approximately 7:30 a.m.) in the Sacramento area and drive to Reno, NV. Mr. Ross will/would be available to provide rides to SWLS' corporate clients between Reno (NV) and Lake Tahoe (CA), from July 8, 2019 through July 11, 2019. Mr. Ross will/would stay overnight in Lake Tahoe (CA) July 8 through July 11, 2019 – returning to Sacramento (CA) on July 12, 2019. Mr. Ross would return to Lake Tahoe (CA) early in the morning on July 14, 2019 (again, providing rides for SWLS' corporate clients between Lake Tahoe [CA] and Reno [NV]) and return to Sacramento late in the evening on July 15, 2019. Mr. Ross is expected to work on July 15, 2019 until there are no more SWLS clients needing a ride – thus – his exact return time to Sacramento (CA) is unknown as of the drafting of this stipulation. If there are no issues with Mr. Ross' driving and/or people skills, Mr. Wilson (owner of SWLS) believes he will have full-time work in Sacramento for Mr. Ross.

Mr. Ross shall be allowed to make the trip(s) noted herein on July 8, 2019 (through July 12, 2019) and on July 14, 2019 (returning on July 15, 2019 by 11:30 p.m.). When Mr. Ross shall report to Pretrial Services on July 16, 2019 (no later than 10:00 a.m.) and submit to testing and provide income verification. Both Pretrial Services and government's counsel have reviewed this stipulation and have no objection to the requests made herein.

///

///

Dated: July 3, 2019                         Respectfully submitted,


                                            /s/ John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Darron D. Ross


IT IS SO ORDERED.

Dated: July 3, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE