JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DARRON D. ROSS

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) CR NO. 2:18-cr-00266-WBS
                           )
        Plaintiff,         )
                           ) UNOPPOSED REQUEST AND ORDER TO
                           ) FURTHER MODIFY DEFENDANT'S
v.                         ) CONDITIONS OF RELEASE
                           )
WILLIS ET AL,              )
                           )
        Defendant.         )
                           )
_____)

      Mr. Ross has been hired by Sierra West Limousine Service (SWLS) as a limousine driver. On June 25, 2019, the Honorable Carolyn K. Delaney signed a stipulation modifying Mr. Ross' release conditions (ECF # 59 and 60). Unfortunately, after the stipulation was signed by the court, Mr. Ross was informed he would not be needed on the dates noted in the stipulation. This change was not due to an issue with Mr. Ross. Rather, Mr. Ross' employer simply overestimated the number of drivers he would need for that particular period.

      On July 3, 2019, the Honorable Kendall J. Newman signed a stipulation modifying Mr. Ross' release conditions (ECF # 62). Mr. Ross was given permission to travel out of the District for work, including staying overnight in Lake Tahoe, CA.

      Specifically, Mr. Ross was given permission to pick up a car on Monday, July 8, 2019 (at approximately 7:30 a.m.) in the Sacramento area and drive to Reno, NV. Mr. Ross will/would

1

be available to provide rides to SWLS' corporate clients between Reno (NV) and Lake Tahoe (CA), from July 8, 2019 through July 11, 2019.  Mr. Ross will/would stay overnight in Lake Tahoe (CA) July 8 through July 11, 2019 – returning to Sacramento (CA) on July 12, 2019.  Mr. Ross would return to Lake Tahoe (CA) early in the morning on July 14, 2019 (again, providing rides for SWLS' corporate clients between Lake Tahoe [CA] and Reno [NV]) and return to Sacramento by 11:30 p.m. on July 15, 2019.  (Mr. Ross was expected to work on July 15, 2019 until there were no more SWLS clients needing a ride.)

      However, Mr. Ross' employer has indicated he would like Mr. Ross to work a slightly different schedule.  Mr. Ross' employer would like Mr. Ross to work July 8, 2019 through July 14, 2019 (Mr. Ross would stay in Lake Tahoe, CA).

      As such, Mr. Ross shall be allowed to make the trip noted herein on July 8, 2019 returning (to his residence) on July 14, 2019 by 11:30 p.m.  Mr. Ross shall report to Pretrial Services on July 15, 2019 (no later than 10:00 a.m.) and submit to testing and provide income verification.  Both Pretrial Services and government's counsel have reviewed this stipulation and have no objection to the requests made herein.  (Pretrial Services has advised if/when Mr. Ross is away for employment purposes, he will not be monitored as Pretrial Services does not use GPS enabled devices.  As such, while Mr. Ross is in the Reno/Tahoe area he will/would not be monitored electronically.)

Dated:  July 10, 2019                                     Respectfully submitted,

                                                            /s/ John R. Manning
                                                            JOHN R. MANNING
                                                            Attorney for Defendant
                                                            Darron D. Ross

1 | IT IS SO ORDERED.
2 |
3 | Dated:  July 11, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE