JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON DIMITRI ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18 CR 266 WBS |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL |
| vs. | ) ACT; [PROPOSED] FINDINGS |
| | ) |
| WILLIS et al., | ) Date:  August 12, 2019 |
| | ) Time:  9:00 a.m. |
| Defendants. | ) Judge: Honorable William B. Shubb |
| | ) |

The United States of America through its undersigned counsel, Robert J, Artuz, Special Assistant United States Attorney, together with counsel for defendant Darron Dimitri Ross, John R. Manning, Esq., hereby stipulate the following:

1.  By previous order, this matter was set for status conference on August 12, 2019.

2.  By this stipulation the parties now move to continue the status conference until September 30, 2019 and to exclude time between August 12, 2019 and September 30, 2019 under the Local Code T-4 (to allow defense counsel further time to prepare).

3.  The parties agree and stipulate, and request the Court find the following:

a. Counsel for defendant Darron Dimitri Ross was appointed on February 21, 2019. The government has provided the defense with over 14,000 pages of discovery, some audio recordings, and a voluminous amount of cellphone and email data.

b. Counsel for the defendant needs additional time to review the discovery, conduct investigation, and interview potential witnesses. Furthermore, additional time is necessary as funding was recently authorized for an expert working on behalf of the defense.

c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 12, 2019, to September 30, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.

Dated:  July 31, 2019                          /s/  John R. Manning
                                               JOHN R. MANNING
                                               Attorney for Defendant
                                               Darron Dimitri Ross


Dated:  July 31, 2019                          McGregor W. Scott
                                               United States Attorney

                                               by:   /s/ Robert J. Artuz
                                               ROBERT J. ARTUZ
                                               Special Assistant United States
                                               Attorney




                              **ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 2, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE