```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON DIMITRI ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DARRON DIMITRI ROSS and JOSHUA BILAL GEORGE<br>　　　　Defendants. | Case No.: 2:18 CR 266 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[~~PROPOSED~~] FINDINGS<br><br>Date:　December 16, 2019<br>Time:　9:00 a.m.<br>Judge: Honorable William B. Shubb |

　　　The United States of America through its undersigned counsel, Robert J, Artuz, Special Assistant United States Attorney, together with counsel for defendant Joshua Bilal George, Jeremy M. Delicino, Esq., and counsel for defendant Darron Dimitri Ross, John R. Manning, Esq., hereby stipulate the following:

　　　1.　By previous order, this matter was set for status conference on December 16, 2019.

　　　2.　By this stipulation the parties now move to continue the status conference until January 27, 2020 and to exclude time between December 16, 2019 and January 27, 2020 under the Local Code T-4 (to allow defense counsel further time to prepare).

　　　3.　The parties agree and stipulate, and request the Court find the following:

a. Counsel for defendant Darron Dimitri Ross was appointed on February 21, 2019. Defendant Joshua Bilal George was arraigned on August 5, 2019. The government has provided the defense with over 15,000 pages of discovery, some audio recordings, and a voluminous amount of cellphone and email data.

b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of December 16, 2019, to January 27, 2020, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 9, 2019          /s/ John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Darron Dimitri Ross

Dated: December 9, 2019          /s/ Jeremy M. Delicino
                                            JEREMY M. DELICINO
                                            Attorney for Defendant
                                            Joshua Bilal George

Dated: December 9, 2019          McGregor W. Scott
                                              United States Attorney

                                              by: /s/ Robert J. Artuz
                                              ROBERT J. ARTUZ
                                              Special Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 10, 2019

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE