JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON DIMITRI ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18 CR 266-02 WBS |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME ) PERIODS UNDER SPEEDY TRIAL |
| vs. | ) ACT;[~~PROPOSED~~] FINDINGS |
| WILLIS et al., | ) Date: January 27, 2020 |
| | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Honorable William B. Shubb |

The United States of America through its undersigned counsel, Robert J, Artuz, Special Assistant United States Attorney, together with counsel for defendant Darron Dimitri Ross, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on January 27, 2020. (Co-defendant Joshua B. George is remaining on the court's January 27, 2020 calendar for status conference. Co-defendant Eric L. Willis is set for J&S on March 23, 2020.)

2. By this stipulation the parties (subject to this stipulation) now move to continue the matter until February 10, 2020, for a Change of Plea hearing and to exclude time between January 27, 2020 and February 10, 2020 under the Local Code T-4 (to allow defense counsel further time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. Counsel for defendant Darron Dimitri Ross was appointed on February 21, 2019. The government has provided the defense with over 14,000 pages of discovery, some audio recordings, and a voluminous amount of cellphone and email data.

    b. Undersigned counsel in this matter have discussed this matter at length and are very near resolution. Undersigned counsel have reached a tentative agreement and have been negotiating the specifics of a plea agreement (and factual basis). The government needs additional time to review and consider changes in the plea agreement requested by counsel for Mr. Ross and assuming, some, or all, the requested changes are made, provide a draft plea agreement to the defense.

    c. Counsel for Mr. Ross believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 27, 2020, to February 10, 2020, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4

1       because it results from a continuance granted by the Court at the
2       defendant's request on the basis of the Court's finding that the
3       ends of justice served by taking such action outweigh the best
4       interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 22, 2020                  /s/ John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           Darron Dimitri Ross

Dated: January 22, 2020                  McGregor W. Scott
                                           United States Attorney

                                             by: /s/ Robery J. Artuz
                                             ROBERT J. ARTUZ
                                             Special Assistant United States
                                             Attorney

**IT IS SO ORDERED.**

**Dated: January 22, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE