1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9             IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            CASE NO. 2:18-CR-000266-WBS

12                  Plaintiff,          STIPULATION AND ORDER TO CONTINUE
                                        SENTENCING HEARING
13          v.
                                        DATE:  April 20, 2020
14                                      TIME:  9:00 AM
   DARRON DIMITRI ROSS,                 COURT: Hon. William B. Shubb
15
                    Defendant.
16

17

18                              **STIPULATION**

19     1.   By previous order, the Court set this matter for a status conference regarding sentencing

20 as to Defendant Darron Dimitri Ross on April 20, 2020.

21     2.   The parties request additional time to prepare for the sentencing hearing.

22     3.   By this stipulation, the parties now move to continue the sentencing hearing until

23 September 14, 2020.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

4. The parties also request that the Court suspend the PSR disclosure schedule at the stage until further notice form the parties and Probation.  This request has been discussed with the Probation Officer and she is in agreement.

IT IS SO STIPULATED.

Dated:  April 13, 2020				McGREGOR W. SCOTT
						United States Attorney


						/s/ ROBERT J. ARTUZ
						ROBERT J. ARTUZ
						Special Assistant U.S. Attorney


Dated:  April 13, 2020				/s/ JOHN MANNING (w/ permission)
						JOHN MANNING
						Counsel for Defendant
						DARRON DIMITRI ROSS


## FINDINGS AND ORDER

The sentencing hearing for Darron Dimitri Ross is hereby continued to September 14, 2020 at 9:00 a.m., and the PSR disclosure schedule is suspended until further order from the Court.

IT IS SO ORDERED.

Dated:  April 14, 2020

						WILLIAM B. SHUBB
						UNITED STATES DISTRICT JUDGE