1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          CASE NO.  2:18-CR-000266-WBS

12                    Plaintiff,       STIPULATION AND ORDER TO CONTINUE
                                       SENTENCING HEARING
13           v.
                                       DATE:    September 14, 2020
14                                     TIME:    9:00 AM
                                       COURT: Hon. William B. Shubb
15  DARRON DIMITRI ROSS,

16                    Defendant.

17

18                            **STIPULATION**

19      1.      By previous order, the Court set this matter for sentencing as to Defendant Darron

20  Dimitri Ross on September 14, 2020.

21      2.      The parties request additional time to prepare for the sentencing hearing.

22      3.      By this stipulation, the parties now move to continue the sentencing hearing until

23  December 14, 2020.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE      1
SENTENCING HEARING

1   IT IS SO STIPULATED.

2

3

4   Dated:  September 4, 2020                              MCGREGOR W. SCOTT
                                                          United States Attorney

5
                                                          /s/ ROBERT J. ARTUZ
6                                                         ROBERT J. ARTUZ
                                                          Special Assistant U.S. Attorney
7

8

9   Dated:  September 4, 2020                             /s/ JOHN MANNING
                                                          JOHN MANNING
10                                                        Counsel for Defendant
                                                          DARRON DIMITRI ROSS
11

12

13

14                              **FINDINGS AND ORDER**

15        The sentencing hearing for Defendant Darron Dimitri Ross is hereby continued to December 14,

16   2020 at 9:00 a.m..

17        IT IS SO ORDERED.

18        Dated:  September 9, 2020

19                                                        WILLIAM B. SHUBB
                                                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE       2
SENTENCING HEARING