JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DARRON D. ROSS

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. S-18-0266 WBS |
| Plaintiff, | ) |
| v. | ) UNOPPOSED REQUEST AND [~~PROPOSED~~] ORDER TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE |
| WILLIS et al., | ) |
| Defendant. | ) |

Mr. Ross and Officer Gaskins of Pretrial Services have, over the last several weeks, been discussing Mr. Ross moving home to North Carolina. As such, Mr. Ross, with the permission of Pretrial Services (and with no objection from the government), is moving home to North Carolina in order to be nearer the majority of his family (including his son). To facilitate this move, Pretrial Services is respectfully requesting Special Conditions 3 and 17 (ECF# 30) be deleted from Mr. Ross' conditions of release. Special Conditions 3 and 17 provide:

*(3) "You are released to the third-party custody of Daiquari Ross;"*

*(17) "You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."*

1

Ms. Ross, who lives in Sacramento County, is Mr. Ross' sister. (Ms. Ross is not moving to North Carolina.) Mr. Ross is participating in Pretrial Service's MRT program. Officer Gaskins reports Mr. Ross is doing very well in the program and making significant, positive, progress.

Because Mr. Ross will no longer be residing in the Eastern District of California, having Ms. Ross "serve" as a Third Party Custodian (Special Condition 3) is impractical. Similarly, as Mr. Ross will not be available to participate in the MRT program, it is Pretrial Services request these requirements (Special Condition 3 and 17) be deleted.

Pretrial Services and counsel for the government were consulted regarding the requests made herein and neither has an objection to this request.[1] As such, Mr. Ross respectfully requests he be granted the relief sought herein by Pretrial Services.

Dated: September 23, 2020               Respectfully submitted,

                                        /S/ John R. Manning
                                        John R. Manning
                                        Attorney for Defendant Darron Ross

IT IS SO ORDERED

Dated: September 23, 2020               _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Pretrial Services has advised the defendant is presently in compliance with his release conditions and there have been no previous issues with the defendant and compliance with his release conditions.

2