JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DARRON D. ROSS

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIS et al.,<br><br>　　　　Defendant. | ) CR NO. S-18-0266 WBS<br>)<br>)<br>) AMENDED UNOPPOSED REQUEST AND<br>) [~~PROPOSED~~] ORDER TO MODIFY<br>) DEFENDANT'S CONDITIONS OF<br>) RELEASE<br>)<br>)<br>)<br>)<br>) |

On September 23, 2020, Mr. Ross filed an unopposed modification to his release conditions (ECF # 135). On, or about, September 23, 2020, the Honorable Allison Claire signed the unopposed modification(s) to Mr. Ross' release conditions (ECF # 136). As noted in the initial modification request, Mr. Ross, with the permission of Pretrial Service and with no objection from the government, is moving home to North Carolina. To facilitate this move, Pretrial Services requested Special Conditions 3 and 17 (ECF# 30) be deleted from Mr. Ross' conditions of release. Special Conditions 3 and 17 provided:

*(3) "You are released to the third-party custody of Daiquari Ross;"*

*(17) "You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or*

1

*participation in a program administered by the Pretrial Services office."*

As noted herein, Judge Claire approved the modifications and signed an order to that effect on (or about) September 23, 2020 (ECF # 136). However, after discussions with Pretrial Services, in the abundance of caution, it was determined Special Condition #6 should be modified (but not deleted) as well. Special Condition 6 presently states, *"(6) You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;"*

Pretrial Services is requesting Special Condition 6 be modified to state, *"You must restrict your travel to the State of North Carolina and the Eastern District of California unless otherwise approved in advance by the pretrial services officer;"*

Pretrial Services and counsel for the government were consulted regarding the requests made herein and neither has an objection to this request.[1] As such, Mr. Ross respectfully requests he be granted the relief sought herein by Pretrial Services.

Dated: September 27, 2020                                   Respectfully submitted,

                                                            /S/ John R. Manning
                                                            John R. Manning
                                                            Attorney for Defendant Darron Ross

IT IS SO ORDERED

Dated: September 29, 2020                                   _____
                                                            ALLISON CLAIRE
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Pretrial Services has advised the defendant is presently in compliance with his release conditions and there have been no previous issues with the defendant and compliance with his release conditions.