McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRON DIMITRI ROSS,<br><br>Defendant. | CASE NO. 2:18-CR-000266-WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: December 14, 2020<br>TIME: 9:00 AM<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.   By previous order, the Court set this matter for sentencing as to Defendant Darron Dimitri Ross on December 14, 2020.

2.   The parties request additional time to prepare for the sentencing hearing.

3.   By this stipulation, the parties now move to continue the sentencing hearing until March 29, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated:  December 7, 2020
McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated:  December 7, 2020
/s/ JOHN MANNING
JOHN MANNING
Counsel for Defendant
DARRON DIMITRI ROSS

**FINDINGS AND ORDER**

The sentencing hearing for Defendant Darron Dimitri Ross is hereby continued to March 29, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  December 7, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE