JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DARRON D. ROSS

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-18-0266 WBS |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | UNOPPOSED REQUEST AND ORDER TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE |
| WILLIS et al., | ) ) ) | |
| Defendant. | ) ) ) | |

Mr. Ross was recently given permission to move from the Eastern District of California to his Mother's home in North Carolina, in part to allow Mr. Ross to spend more time with his family. (See, ECF # 139, Fourth Amended Special Conditions of Release.)  In order to assist Mr. Ross in better addressing certain family issues, Mr. Ross, in consultation with Pretrial Services, is requesting his conditions of release be modified to include a counseling condition. Specifically, Mr. Ross is requesting *Special Conditions of Release No. 13* be added:

   *13.  You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.*

1

Pretrial Services and counsel for the government were consulted regarding this request and neither has an objection to this request.[1]  As such, Mr. Ross respectfully requests he be granted the relief sought herein.

Dated: January 19, 2021                            Respectfully submitted,

/S/ John R. Manning
John R. Manning
Attorney for Defendant Darron Ross

IT IS SO ORDERED

Dated:   January 19, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pretrial Services has advised the defendant is presently in compliance with his release conditions and there have been no previous issues with the defendant and compliance with his release conditions.