PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRON DIMITRI ROSS,<br><br>Defendant. | CASE NO. 2:18-CR-000266-02 WBS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: March 29, 2021<br>TIME: 9:00 AM<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, the Court set this matter for sentencing as to Defendant Darron Dimitri Ross on March 29, 2021.

2. The parties request additional time to prepare for the sentencing hearing.

3. By this stipulation, the parties now move to continue the sentencing hearing until August 9, 2021.

///

///

///

///

///

IT IS SO STIPULATED.

Dated: March 24, 2021                             PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                                  /s/ ROBERT J. ARTUZ
                                                  ROBERT J. ARTUZ
                                                  Special Assistant U.S. Attorney

Dated: March 24, 2021                             /s/ JOHN MANNING
                                                  JOHN MANNING
                                                  Counsel for Defendant
                                                  DARRON DIMITRI ROSS

## FINDINGS AND ORDER

The judgment and sentencing hearing for Defendant Darron Dimitri Ross is hereby continued to August 9, 2021, at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 24, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE