```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON D. ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18 CR 266-02 WBS |
| Plaintiff, | (Amended)MEMORANDUM |
| vs. | Date:   January 31, 2022 |
| DARRON DIMITRI ROSS, | Time:   9:00 a.m. |
| Defendant. | Judge: Honorable William B. Shubb |

Sentencing in this matter is presently set for August 9, 2021. The Parties are requesting the Judgment and Sentencing be continued to January 31, 2022, at 9:00 a.m.  Special Assistant United States Attorney Robert J. Artuz and Senior United States Probation Officer Julie L. Besabe have been advised of this request and have no objection.

The Parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                **01/31/22, 9:00 am**

Sentencing Memorandum:                           01/19/22

Reply, or Statement of Non-Opposition:           01/10/22

Motion for Correction of the Presentence
Report Shall be filed with the Court and
served on the Probation Officer and
opposing counsel no later than:                  01/05/22

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 12/13/21 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 11/29/21 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 11/08/21 |

Dated: August 1, 2021

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Darron D. Ross

Dated: August 1, 2021

Phillip A. Talbert
Acting United States Attorney

by: /S/ Robert J. Artuz
ROBERT J. ARTUZ
Special Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  August 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE