JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON D. ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18 CR 266-02 WBS |
|    Plaintiff, | ) MEMORANDUM |
| vs. | ) Date:  January 31, 2022 |
| WILLIS ET AL., | ) Time:  9:00 a.m. |
|    Defendant. | ) Judge: Honorable William B. Shubb |

   Sentencing in this matter, as to Mr. Ross, is presently set for January 31, 2022, at 9:00 a.m.  The memorandum **DOES NOT** contemplate a change in the sentencing date.  Instead, this uncontested memorandum seeks only to reconfigure the PSR disclosure and objections schedule.  Special Assistant United States Attorney Robert J. Artuz and Senior United States Probation Officer Julie L. Besabe have been advised of this request and have no objection.

   The Parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**            **01/31/22**
                                                 **(@ 9:00 a.m.)**

   Sentencing Memorandum & Reply or
   Statement of Non-Opposition:                  01/24/22

```
Motion for Correction of the Presentence
Report Shall be filed with the Court and
served on the Probation Officer and
opposing counsel no later than:                    01/17/22

The Presentence Report shall be filed
with the Court And disclosed to counsel
no later than:                                     01/10/22

Counsel's written objections to the
Presentence Report Shall be delivered
to the probation officer and opposing
Counsel no later than:                             12/22/21

The Presentence Report shall be filed
with the Court And disclosed to counsel
no later than:                                     12/08/21
```

Dated: November 9, 2021                     /S/ John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Darron D. Ross

Dated: November 9, 2021                     Phillip A. Talbert
                                            Acting United States Attorney

                                            by: /S/ Robert J. Artuz
                                            ROBERT J. ARTUZ
                                            Special Assistant United States
                                            Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  November 9, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE