```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON D. ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DARRON D. ROSS,<br><br>       Defendant. | Case No.: 2:18 CR 266-02 WBS<br><br>MEMORANDUM CONTINUING DEFENDANT DARRON ROSS' SENTENCING HEARING<br><br>Date:  April 25, 2022<br>Time:  9:00 a.m.<br>Judge: Honorable William B. Shubb |

   Sentencing in this matter as to Mr. Ross is presently set for January 31, 2022. Mr. Ross wishes to personally appear, in court, for his judgment and sentencing consistent Federal Rule of Criminal Procedure 43(a). However, in light of the court's order in this matter (ECF 186) denying a request to appear in person for sentencing by co-defendant Mr. George, the Parties are requesting the Judgment and Sentencing as to Mr. Ross be continued to April 25, 2022, at 9:00 a.m.  Special Assistant United States Attorney Robert J. Artuz and Senior United States Probation Officer Julie L. Besabe have been advised of this request and have no objection.

   The Parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:       04/25/22 (at 9:00 a.m.)**

   Sentencing Memorandum:                04/18/22

Dated: January 24, 2022

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Darron D. Ross

Dated: January 24, 2022

Phillip A. Talbert
United States Attorney

by: /S/ Robert J. Artuz
ROBERT J. ARTUZ
Special Assistant United States Attorney

**ORDER**

Defendant Darron D. Ross, pursuant to Federal Rule of Criminal Procedure 43(a), wishes to personally appear, in court, for his judgment and sentencing. Therefore, good cause having been shown, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter as to Mr. Ross be continued to April 25, 2022 at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated:  January 25, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE