```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON D. ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18 CR 266-02 WBS |
| Plaintiff, | MEMORANDUM CONTINUING DEFENDANT DARRON ROSS' SENTENCING HEARING |
| vs. | |
| DARRON D. ROSS, | Date:  August 8, 2022<br>Time:  9:00 a.m.<br>Judge: Honorable William B. Shubb |
| Defendant. | |

    Sentencing in this matter as to Mr. Ross is presently set for April 25, 2022. Mr. Ross wishes to personally appear, in court, for his judgment and sentencing consistent Federal Rule of Criminal Procedure 43(a). As such, (and in light of the court's order in ECF #197), the Parties are requesting the Judgment and Sentencing as to Mr. Ross be continued to August 8, 2022, at 9:00 a.m. Assistant United States Attorney Robert J. Artuz and Senior United States Probation Officer Julie L. Besabe have been advised of this request and have no objection.

    The Parties request the Court adopt the following schedule pertaining to the presentence report:

        **Judgment and Sentencing date:**      **08/08/22 (at 9:00 a.m.)**

        Sentencing Memorandum:      08/01/22

Dated: April 15, 2022                      /S/ John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           Darron D. Ross


Dated: April 15, 2022                      Phillip A. Talbert
                                           United States Attorney

                                           by: /S/ Robert J. Artuz
                                           ROBERT J. ARTUZ
                                           Assistant United States
                                           Attorney


**ORDER**

    Defendant Darron D. Ross, pursuant to Federal Rule of Criminal Procedure 43(a), wishes to personally appear, in court, for his judgment and sentencing. Therefore, good cause having been shown, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter as to Mr. Ross be continued to August 8, 2022 at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated:  April 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE