```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON D. ROSS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18 CR 266-02 WBS |
| Plaintiff, | ) MEMORANDUM CONTINUING DEFENDANT |
| vs. | ) DARRON ROSS' SENTENCING HEARING |
| DARRON D. ROSS, | ) Date:  September 12, 2022 |
| | ) Time:   9:00 a.m. |
| Defendant. | ) Judge: Honorable William B. Shubb |

Sentencing in this matter as to Mr. Ross is presently set for August 8, 2022. The Parties are requesting the Judgment and Sentencing as to Mr. Ross be continued to September 12, 2022, at 9:00 a.m.  Assistant United States Attorney Robert J. Artuz have been advised of this request and has no objection.  Senior United States Probation Officer Julie L. Besabe is out of the office at the time of the filing of this request.  Undersigned counsel will, of course, work with Officer Besabe upon her return to find a mutually acceptable date for the J&S in this matter if USPO is not available on September 12, 2022.

The Parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:        09/12/22 (at 9:00 a.m.)**

Sentencing Memorandum:               09/05/22

| | | |
|---|---|---|
| Dated: July 22, 2022 | | /S/ John R. Manning |
| | | JOHN R. MANNING |
| | | Attorney for Defendant |
| | | Darron D. Ross |
| | | |
| Dated: July 22, 2022 | | Phillip A. Talbert |
| | | United States Attorney |
| | | |
| | | by: /S/ Robert J. Artuz |
| | | ROBERT J. ARTUZ |
| | | Assistant United States Attorney |

**ORDER**

Pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter as to Mr. Ross be continued to September 12, 2022 at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated:  July 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE