IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18 CR 266-02 WBS |
| Plaintiff, | ORDER GRANTING APPLICATION TO FILE EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL |
| vs. | |
| DARRON D. ROSS, | |
| Defendant. | |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Application to file Exhibit A to Defendant's Sentencing memorandum under seal is granted.  Exhibit A to Defendant's Sentencing Memorandum shall be filed under seal.

Dated:  September 7, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE