JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorneys for Defendant
DARRON D. ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DARRON D. ROSS,<br><br>  Defendants. | Case No.: 2:18-cr-00266-WBS<br><br>**ORDER FOR TRANSPORTATION PURSUNT TO 18 U.S.C. § 4285**<br><br>Hon. Deborah Barnes |

**TO: THE UNITED STATES MARSHALS SERVICE ("USMS")**

In order to enable defendant Darron D. Ross to attend his October 24, 2022 judgment and sentencing hearing in the Sacramento division of the Court for the Eastern District of California, and as authorized pursuant to 18 U.S.C. §4285:

**IT IS HEREBY ORDERED** that the USMS **PAY** defendant Darron D. Ross' transportation expenses from Charlotte, North Carolina, to Sacramento, California; this travel will occur sometime between Thursday, October 20, 2022 and Saturday, October 22, 2022.

Dated:  September 28, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

4