JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON D. ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18 CR 266 WBS |
| Plaintiff, | |
| vs. | MOTION TO ALLOW COUNSEL TO PROVIDE U.S. PROBATION WITH EXHIBIT A (PREVIOUSLY FILED UNDER SEAL) OF DEFENDANT'S SENTENCING MEMORANDUM;(PROPOSED) ORDER |
| DARRON D. ROSS, | |
| Defendant. | |

   Defendant Darron D. Ross, by and through his attorney of record, John R. Manning, hereby requests permission to provide U.S. Probation with a copy of Exhibit A (previously filed under seal) of Mr. Ross' Sentencing Memorandum. Exhibit A of Mr. Ross's Sentencing Memorandum was ordered sealed at the request of the defense.  The defense requests permission to provide U.S. Probation with a copy of the otherwise sealed Exhibit A of Mr. Ross' Sentencing Memorandum.

///

///

Dated: September 9, 2022                Respectfully submitted,


                                        /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Darron D. Ross

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18 CR 266 WBS |
| Plaintiff, | ) ORDER GRANTING DEFENDANT'S REQUEST TO PROVIDE U.S. PROBATION WITH |
| vs. | ) EXHIBIT A (PREVIOUSLY FILED UNDERSEAL) OF DEFENDANT'S |
| DARRON D. ROSS, | ) SENTENCING MEMORANDUM |
| Defendant. | ) |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered the request to allow defense counsel to provide U. S. Probation with a copy of Exhibit A of Defendant's Sentencing Memorandum (Docket No. 239), previously filed under seal, is granted.  Exhibit A of Defendant's Sentencing Memorandum shall otherwise remain under seal.

Dated:  October 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE