# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### BEFORE THE HONORABLE WILLIAM B. SHUBB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**DARRON DIMITRI ROSS,**<br>Defendant. | **SENTENCING PROCEEDING MINUTES**<br>**(IN OPEN COURT)**<br><br>**Time in Court:** 1:23<br><br>CASE #: 2:18CR266-02 WBS<br>DATE: 10/24/2022<br>Deputy Clerk: Karen Kirksey Smith<br>Court Reporter: ECRO: R. Alvarez |
| **For the Government:**<br><br>Robert Artuz, Asst. U.S. Attorney | **For the Defendant:**<br><br>John Manning, CJA Appointed<br><br>**Defendant:** [X] Present  [X] Out of Custody |

**[X]** **Judgment and Sentencing - Date of Finding of Guilty:** 2/10/2020 to Counts 1, 4 and 14 of the Superseding Indictment (Docket #73).

**[X]** Defendant addresses the Court.

**[X]** **Imprisonment:** 48 months as to each of Counts 1 and 14, with said Counts to be served concurrently to each other, and 24 months as to Count 4, with said Count to be served consecutively to the terms imposed on Counts 1 and 14, for a total term of 72 months

**[X]** **Surrender Date:** 1/10/2023 by 2:00 p.m.

**[X]** Defendant shall submit to the collection of DNA

**[X]** **Special Assessment:** $300 due immediately    [X] **Fine:** Waived

**[X]** **Restitution:** $696,912.04 as outlined in the Restitution Attachment to the PSR, due immediately.
  **[X]** Interest on Restitution: Waived
  **[X]** Restitution to be paid joint and several with any co-defendant as listed on the Restitution Attachment.
  **[X]** Restitution to be sent to the Clerk of the Court who shall forward it to the victim(s).
  **[X]** The Court gives notice that this case involves other defendants, or may involve other defendants, who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future. Such future orders do not increase the amount of restitution ordered against the defendant.
  **[X]** If incarcerated, payment of any unpaid criminal monetary penalty in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

**[X]** **Term of supervised release:** 36 months as to each of Counts 1 & 14, and 12 months as to Count 4, with all said Counts to be served concurrently to each other, for a total term of 36 months.

**[X]**     **Conditions of supervised release**:   Refer to Judgment and Commitment order.

**[X]**     **Special Conditions**:   Refer to Judgment and Commitment order.

**[X]**     **Recommendation**:  The Court recommends that the defendant be incarcerated at a facility as close to Charlotte, North Carolina as possible, but only insofar as this recommendation accords with security classification and space availability.  The Court also recommends that the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

**[X]**     **Upon motion made by the Government, the Court dismisses:** Counts 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16 of Superseding Indictment, and all Counts in the Underlying Indictment, as to this defendant.

**[X]**     **Appeal Rights:** Waived

**[X]**     **Other:**  The Court confers with counsel re the PSR.

Court **DENIES** Government's Request to Seal Government's 5k Motion [237] and **DENIES** Defendant's Request to Seal his Supplemental Sentencing Memo (Docket No. 240), and **ORDERS said documents to be FILED** (as of today's date)**.**