JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DARRON D. ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-18-266 WBS |
| Plaintiff, | |
| v. | APPLICATION AND [PROPOSED] ORDER EXONERATING BOND |
| DARRON D. ROSS, | |
| Defendant. | |

On April 8, 2019, Mr. Ross, a defendant in the above captioned case, was released on a secured property bond equivalent to "whatever amount of equity is in his mother's home". (ECF 40). The secured property bond was provided by Ms. Linda Dooley (ECF 42 and deed of trust #2019040525). On October 24, 2022, Mr. Ross was sentenced to seventy-two months custody and his case was closed. Mr. Ross self-surrendered to the BOP as ordered on January 10, 2023. Accordingly, the Surety for the defendant's appearance bond is entitled to the release of the home title, and it is respectfully requested this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED: February 9, 2023                     /s/ John R. Manning
                                            Attorney for Defendant
                                            Darron D. Ross

1

**IT IS SO ORDERED.**

DATED: February 9, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE