UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRON DIMITRI ROSS,<br><br>Defendant. | No. 2:18-cr-266 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Darron Dimitri Ross has filed a motion to reduce his sentence under "18 U.S.C. § 358(c)(2)."[1] (Docket No. 272.) The United States shall file any opposition to defendant's motion no later than sixty (60) days from the date of this order. Defendant may file a reply no later than thirty (30) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under

---

[1] It appears that defendant intends to request a sentencing reduction under 18 U.S.C. § 3582 and Amendment 821 to the sentencing guidelines.

1

submission and will inform the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated: February 12, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE