HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DARRON DIMITRI ROSS,<br><br>　　　　Defendant. | No. Cr. S 18-266 WBS 2<br><br>**REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE; ORDER**<br><br>**<u>RETROACTIVE CRIMINAL HISTORY CASE</u>** |

On February 2, 2024, Mr. Ross filed a *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821.  ECF 272.  On February 13, 2024, the Court issued an order directing the government to file any opposition no later than 60 days from the date of the order.  ECF 273

Pursuant to General Order 670, the Office of the Federal Defender requests the Court enter the order lodged herewith vacating its February 13, 2024 minute order and directing the undersigned to file a status report, amended motion, or proposed stipulation on or before April 15, 2024, during which time the undersigned can communicate with Mr. Ross and obtain and review the relevant documents in the case.

///

///

REQUEST FOR ORDER AMENDING BRIEFING
SCHEDULE; ORDER

This is the first request for extension, and is not interposed to unduly delay the proceedings, gain an unfair advantage, or for any other improper purpose.

Dated:  March 14, 2024

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                       /s/ *David M. Porter*
                                      DAVID M. PORTER
                                      Assistant Federal Defender

# ORDER

Pursuant to the request for amended briefing, and good cause appearing therefor, the request is **GRANTED.**  The Court's February 13, 2024 order is VACATED. Defendant's status report, amended motion, or proposed stipulation shall be filed no later than April 15, 2024.  The government shall file its response no later than May 15, 2024. The defendant may file a reply no later than May 29, 2024.

**It is so ordered.**

Dated:  March 18, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE