HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>DARRON DIMITRI ROSS,<br><br>           Defendant. | No. Cr. S 18-266 WBS 2<br><br>**SECOND REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE; ORDER**<br><br>**RETROACTIVE CRIMINAL HISTORY CASE** |
|---|---|

On February 2, 2024, Mr. Ross filed a *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821.  ECF 272.  On March 18, 2024, this Court ordered that Defendant's status report, amended motion, or proposed stipulation be filed no later than April 15, 2024.  Because Mr. Ross was being transferred from Beckley FCI to Butner FCI, the undersigned has been unable to communicate with him.  Accordingly, the undersigned respectfully requests the Court issue the order lodged herewith amending the briefing schedule to permit him to communicate with Mr. Ross, and obtain and review the relevant documents in the case.

///

///

///

SECOND REQUEST FOR ORDER AMENDING
BRIEFING SCHEDULE; ORDER

1  This is the second request for extension, and is not interposed to unduly delay the
2  proceedings, gain an unfair advantage, or for any other improper purpose.
3  Dated: May 7, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter* 
DAVID M. PORTER
Assistant Federal Defender

SECOND REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE; ORDER     2

# ORDER

Pursuant to the request for amended briefing, and good cause appearing therefor, the request is **GRANTED.** Defendant's status report, amended motion, or proposed stipulation shall be filed no later than July 19, 2024. The government shall file its response no later than August 19, 2024. The defendant may file a reply no later than September 3, 2024.

**It is so ordered.**

Dated:  May 9, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SECOND REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE; ORDER                3