1  HEATHER E. WILLIAMS, SBN #122664
2  Federal Defender
   DAVID M. PORTER, SBN #127024
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Tel: (916) 498-5700
5  Fax: (916) 498-5710
6
7  Attorneys for Defendant
   DARRON DIMITRI ROSS
8
9
10                     UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12
13 | UNITED STATES OF AMERICA,    | No. Cr. S 18-266-02 WBS
14 |         Plaintiff,           | **STIPULATED REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE; ORDER**
15 |    v.                        |
16 | DARRON DIMITRI ROSS,         |
17 |         Defendant.           | **RETROACTIVE CRIMINAL HISTORY CASE**
18

19       Defendant, DARRON DIMITRI ROSS, by and through his attorney, Assistant
20 Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by
21 and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as
22 follows given Mr. Ross's current projected release date of October 18, 2027:
23       1.    Mr. Smith filed a pro se motion requesting a sentence reduction under 18
24 U.S.C. § 3582(c)(2) and Amendment 821, ECF 272;
25       2.    Defense counsel has requested additional time to review this matter and to
26 confer with Mr. Ross;
27       3.    In light of defense counsel's request for additional time, the parties agree to
28 the following briefing schedule:

Stipulated Request for Order Amending
Briefing Schedule; Order

      a.    Defense supplemental motion, if any, to be filed on or before September 27, 2024;

      b.    The government's response to the motion, if any, to be filed on or before October 31, 2024; and,

      c.    Mr. Ross's reply may be filed on or before 15 days from the filing of the government's response.

Respectfully submitted,

Dated: July 22, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ *Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  July 22, 2024

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
DARRON DIMITRI ROSS

Stipulated Request for Order Amending Briefing Schedule; Order

# ORDER

Pursuant to the parties' stipulated request, and good cause appearing therefor, the request is **GRANTED.**

    1.    Defense supplemental motion, if any, to be filed on or before September 27, 2024;

    2.    The government's response to the motion, if any, to be filed on or before October 31, 2024; and,

    3.    Mr. Ross's reply may be filed on or before 15 days from the filing of the government's response.

**It is so ordered.**

Dated: July 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulated Request for Order Amending Briefing Schedule; Order