| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | SHELLEY D. WEGER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00266-02 WBS |
|---|---|
| Plaintiff, | ORDER SEALING EXHIBIT THREE TO THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION AND REQUEST TO SEAL DOCUMENTS |
| v. | |
| DARRON DIMITRI ROSS, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that Exhibit Three to the United States' Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 pertaining to defendant Darron Ross, and government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

///

ORDER SEALING EXHIBIT THREE TO THE UNITED STATES' OPP. TO DEF. MOTION FOR SENTENCE REDUCTION AND REQUEST TO SEAL DOCUMENTS

1

1  government would be harmed. In light of the public filing of its Notice to Seal, the Court further finds
2  that there are no additional alternatives to sealing the government's request and Exhibit Three to the
3  government's opposition brief that would adequately protect the compelling interests identified by the
4  government.

Dated: November 1, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SEALING EXHIBIT THREE TO THE UNITED STATES' OPP. TO DEF. MOTION FOR SENTENCE REDUCTION AND REQUEST TO SEAL DOCUMENTS

2