JOHN R. MANNING
Attorney at Law
4005 Manzanita Ave., Suite 6-8
Carmichael, CA
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
DARRON DIMITRI ROSS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DARRON DIMITRI ROSS,<br><br>　　　　　　　　Defendants. | CASE NO.  2:18-CR-00266-2-WBS<br><br>STIPULATED REQUEST FOR ORDER AMENDING BRIEFING SCHEDULE; ORDER<br><br>RETROACTIVE CRIMINAL HISTORY CASE |

　　　　Defendant, DARRON DIMITRI ROSS, by and through his attorney, John R. Manning, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Mr. Ross (who has a projected release date of October 18, 2027), by and through his previous attorney, Assistant Federal Defender, David M. Porter, filed a MOTION to REDUCE SENTENCE pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 on (or about) September 27, 2024 (ECF 288).

2. The government timely filed their OPPPOSITION to Mr. Ross' request for relief on (or about) October 31, 2024 (ECF 290).

3. On (or about) November 15, 2024, Mr. Porter, on behalf of Mr. Ross, filed a request to substitute new (undersigned) counsel and re-set the due date for Mr. Ross' REPLY to the government's OPPOSITION (ECF 294).  The court signed the order, on (or about) November 18, 2024, substituting undersigned counsel into this matter and re-setting the due date for Mr.

1

Ross' REPLY to December 16, 2024 (ECF 295).

4. Undersigned defense counsel has reviewed the docket and filings related to Mr. Ross' request (as well as similar filings made in this matter as to the co-defendants). Undersigned counsel needs additional time to prepare Mr. Ross' REPLY and to confer with Mr. Ross regarding both the government's OPPOSITION as well as the defense's REPLY thereto. (As of the drafting of this request, Mr. Ross is incarcerated in/at FPC Morgantown, in Morgantown, WV.)

5. Therefore, the defense requests the court modify the due date for Mr. Ross' REPLY from December 16, 2024 to January 27, 2025.

6. The government does not object to this request.

IT IS SO STIPULATED.

Dated:  December 9, 2024        /S/ John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Darron Dimitri Ross


Dated:  December 9, 2024        Phillip A. Talbert
                                United States Attorney

                                /S/ Shelley D. Weger
                                SHELLEY D. WEGER
                                Assistant United States Attorney

## FINDINGS AND ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Specifically, Mr. Ross' REPLY (related to ECF 288 and 290) is now due January 27, 2025.

IT IS SO FOUND AND ORDERED.

Dated:  December 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2